# UNITED STATES DISTRICT COURT
*District of Arizona*

*In the Matter of the Search of:*
**SUBJECT PARCEL:** One (1) USPS Priority Mail parcel bearing USPS tracking number 9505 5121 4126 2159 3771 68, addressed to "Tyler Williams, 569 Mitchell Loop Rd. Roseboro, NC 28382", with a return address of "Brandon Williams Jr. 5441 W. Wolf St., Phoenix AZ 85031". It is a medium flat rate priority mail white box measuring approximately 11.25" X 8.75" X 6"; weighing approximately 2 pounds and 10 ounces; postmarked June 8, 2022; and bearing $16.10 in postage.

**SEARCH WARRANT**

Case Number: 22-3150MB

TO: RAYMOND SHEPARD and any Authorized Officer of the United States
Affidavit having been made before me by Affiant, RAYMOND SHEPARD, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL:** One (1) USPS Priority Mail parcel bearing USPS tracking number 9505 5121 4126 2159 3771 68, addressed to "Tyler Williams, 569 Mitchell Loop Rd. Roseboro, NC 28382", with a return address of "Brandon Williams Jr. 5441 W. Wolf St., Phoenix AZ 85031". It is a medium flat rate priority mail white box measuring approximately 11.25" X 8.75" X 6"; weighing approximately 2 pounds and 10 ounces; postmarked June 8, 2022; and bearing $16.10 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) AND/OR 846, AND/OR TITLE 18, UNITED STATES CODE, SECTION 1956(h), AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above-described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __6-28-22__ (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

__6-14-22 @ 1:19 p.m.__                           at   Phoenix, Arizona
Date and Time Issued                                    City and State

HONORABLE MICHAEL T. MORRISSEY
UNITED STATES MAGISTRATE JUDGE             *M Morrissey*
Name and Title of Judicial Officer                     Signature of Judicial Officer

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 22-3150mb | Date and time warrant executed: 6/15/2022 8:26 am | Copy of warrant and inventory left with: USPS |
| Inventory made in the presence of: Postal Inspector Ray Shepard and Contractor David Morgan | | |

Inventory of the property taken and name of any person(s) seized:

9505 5121 4126 2159 3771 68

- 1 priority mail cardboard box
- Yellow tissue paper
- Packing peanuts
- Bubble wrap
- Approximately 367 grams of THC syrup
- Approximately 579.5 grams of blue m30 pills (including packaging)

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/15/2022

Raymond Shepard
Digitally signed by Raymond Shepard
Date: 2022.06.15 09:31:27 -07'00'

*Executing officer's signature*

Raymond Shepard, Postal Inspector
*Printed name and title*